122 A.3d 988

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHRISTOPHER S. BRAGHELLI, DEFENDANT–
PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted limited to the issue of the propriety of defendant's sentence including the imposition of the maximum parole ineligibility period, and the matter is remanded to the trial court for resentencing in accordance with *State v. Baylass,* 114 *N.J.* 169, 178, 553 *A.*2d 326 (1989). Jurisdiction is not retained.